IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR EVOLUTION LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:19-cv-00232-JRG |
| v. | § § | *(Lead Case)* |
| T-MOBILE US, INC. AND T-MOBILE USA, INC., | § § § | **Jury Trial Demanded** |
| Defendants. | § § § | |
| CELLULAR EVOLUTION LLC, | § § § | |
| Plaintiff, | § § § | Case No. 2:19-cv-00228-JRG *(Consolidated Case)* |
| v. | § § | **Jury Trial Demanded** |
| AT&T MOBILITY LLC AND CRICKET WIRELESS LLC, | § § § | |
| Defendants. | § § | |

**JOINT MOTION REQUESTING ENTRY OF ORDER
FOCUSING PATENT CLAIMS AND PRIOR ART TO REDUCE COSTS**

Plaintiff Cellular Evolution LLC and Defendants T-Mobile US, Inc., T-Mobile USA, Inc., AT&T Mobility and Cricket Wireless, LLC. hereby jointly move for entry of an Order Focusing Patent Claims and Prior Art to Reduce Costs (the "Order"). The agreed Order is attached as Exhibit A. All parties have agreed to this Order and accordingly, the parties jointly request that the Court enter the same.

| | |
|---|---|
| Dated:  April 3, 2020 | Respectfully submitted,<br><br>*/s/  Drew Kim*<br>Amir Alavi<br>Texas Bar No. 00793239<br>aalavi@azalaw.com<br>Masood Anjom<br>Texas Bar No. 24055107<br>manjom@azalaw.com<br>Louis Liao<br>Texas Bar No. 24109471<br>lliao@azalaw.com<br>Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.<br>1221 McKinney Street, Suite 2500<br>Houston, TX 77010<br>Telephone: 713-655-1101<br>Facsimile: 713-655-0062<br><br>**ATTORNEYS FOR PLAINTIFF CELLULAR EVOLUTION LLC**<br><br>*/s/  Katherine Dominguez*<br>Josh A. Krevitt<br>jkrevitt@gibsondunn.com<br>Katherine Dominguez<br>kdominguez@gibsondunn.com<br>Gibson Dunn & Crutcher, LLP<br>200 Park Ave., 48th Floor<br>New York, NY 10166<br>Telephone: (212) 351-2490<br>Facsimile: (212) 351-4035<br><br>Melissa Richards Smith<br>melissa@gillamsmithlaw.com<br>Gillam & Smith LLP<br>303 South Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br><br>**ATTORNEYS FOR DEFENDANTS T-MOBILE US, INC. AND T-MOBILE USA, INC.** |

/s/ Talbot R. Hansum
Brett Christopher Govett
brett.govett@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 855-8118
Facsimile: (214) 855-8200

Daniel S. Leventhal
daniel.levanthal@nortonrosefulbright.com
Richard S. Zembek
richard.zembek@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LP
1301 McKinney, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Talbot R. Hansum
talbot.hansum@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
Telephone: (512) 536-3018
Facsimile: (512) 536-4598

**ATTORNEYS FOR DEFENDANTS AT&T MOBILITY LLC AND CRICKET WIRELESS**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on April 3, 2020.  As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

                                                  */s/ Talbot R. Hansum*
                                                  Talbot R. Hansum